IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LILLIE JEFFERIES, | : | |
|     *Plaintiff* | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CITY OF PHILADELPHIA, et al. | : | |
|     *Defendants* | : | No. 21-3220 |

## ORDER

AND NOW, this 25th day of July, 2023, upon consideration of Joseph Treegoob's Motion for Summary Judgment (Doc. No. 46), the City of Philadelphia's Motion for Summary Judgment (Doc. No. 49) and the responses and replies thereto, it is hereby **ORDERED** that the motions for summary judgment (Doc. Nos. 46, 49) are **GRANTED** for the reasons set forth in the accompanying memorandum. The Clerk of Court is directed to mark this case **CLOSED** for all purposes, including statistics.

BY THE COURT:

/s/ Gene E.K. Pratter
GENE E.K. PRATTER
United States District Judge